**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rzepka, John S. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Rzepka, Laurie A. |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>aka Laurie Stoddard |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 8141 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 9925 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1711 North Brown Street<br>McHenry, IL 60050 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1711 North Brown Street<br>McHenry, IL 60050 |
| County of Residence or of the Principal Place of Business: Mchenry | County of Residence or of the Principal Place of Business: Mchenry |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31415

**(Official Form 1)(12/03)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): John S. Rzepka & Laurie A Rzepka |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ John S. Rzepka
Signature of Debtor

X    /s/ Laurie A Rzepka
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X    /s/ Richard T. Jones
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

Firm Name

138 Cass Street
Address

Post Office Box 1693    Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    /s/ Richard T. Jones
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31415

American Express  
c/o GC Services, Inc.  
6330 Gulfton  
Houston, TX 77081

American Express  
Customer Service  
Post Office Box 7863  
Ft. Lauderdale, FL 33329-7863

American General Finance  
20 Crystal Lake Plaza, #D  
Crystal Lake, IL 60014

Ameriquest Mortgage Company  
c/o Law Offices of Ira T. Nevel  
175 North Franklin, #201  
Chicago, Illinois 60606

Ameriquest Mortgage Company  
Post Office Box 769  
Orange, CA 92866-9998

Bank One  
Card Member Service  
Post Office Box 50882  
Henderson, NV 89016-0882

Capital One  
1957 Westmoreland Road  
Post Office Box 26094  
Richmond, VA 23260-6094

Chase Card Service/Bank One  
Post Office Box 15129  
Wilmington, DE 19850-5129

Cowlin & Cowlin  
5447 W. Bull Valley Road  
McHenry, Illinois 60050

Direct Merchants Bank  
c/o National Asset Recovery  
2880 Desden Drive, #200  
Atlanta, GA 30341-3920

Direct Merchants Bank  
Cardholder Services  
Post Office Box 21222  
Tulsa, OK 74121-1222

Discover  
c/o Baker, Miller, Markoff, & Krasny  
29 N. Wacker Drive, 5th Floor  
Chicago, IL 60606

Discover Financial Services  
Post Office Box 8003  
Hilliard, Ohio 43026

Fashion Bug  
Collection Department  
Post Office Box 222980  
Hollywood, FL 33022-2980

Fashion Service Corp.  
c/o Tate & Kirlin Assoc.  
2810 Southampton Road  
Philadelphia, PA 19154

Fingerhut  
11 McLeland Road  
St. Cloud, MN 56395

Fingerhut  
c/o Jefferson Capital Systems  
16 McLeland Road  
St Cloud, MN 56303

Fingerhut  
c/o Law Offices of Mitchell Kay  
29 North Wacker Drive, 5th Floor  
Chicago, Illinois 60606

Holiday Network, III  
c/o Asepn National Collections  
Post Office Box 1965  
Grand Junction, CO 81502

Home State Bank  
40 Grant Street  
Crystal Lake, Illinois 60014

Joseph Rzepka  
2900 Maple Avenue, #14E  
Downers Grove, IL 60515

MBNA  
Post Office Box 15137  
Wilmington, DE 19886-5137

Moraine Emergency Phys.  
c/o OSI Collection Services  
Post Office Box 964  
Brookfield, WI 53008-0964

Moraine Emergency Physicians  
Post Office Box 8759  
Philadelphia, PA 19101-8759

Richard J. Waters  
240 Commerce Drive  
Crystal Lake, IL 60014

Scholastic  
Post Office Box 6042  
Jefferson City, MO 65102-6042

Scholastic, Inc.  
c/o RMCB Collection Agency  
2269 S. Saw Mill River Rd., #3  
Elmsford, NY 10523

Sears  
c/o LVNV Funding  
Post Office Box 10497  
Greenville, SC 29603

Sears  
c/o Nation Action Financial  
165 Lawrence Bell Drive, #100  
Williamsville, NY 14231-9027

Sears RCCOC 8602  
Post Office Box 20363  
Kansas City, MO 64195-0363

US Bank  
c/o American International Recovery  
4501 North Poit Pkwy  
alpharetta, GA 30022

US Bank  
Post Office Box 790409  
St. Louis, MO 63179-0409

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re   John S. Rzepka & Laurie A Rzepka           ,
                              Debtor

Case No. _____

Chapter   13   _____

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date _____    Signature of Debtor    /s/ John S. Rzepka
                                                                          JOHN S. RZEPKA

Date _____    Signature of Joint Debtor    /s/ Laurie A Rzepka
                                                                          LAURIE A RZEPKA

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  John S. Rzepka & Laurie A Rzepka

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................... $ __2,700.00__
   Prior to the filing of this statement I have received .......................................... $ ___500.00___
   Balance Due ..................................................................................................... $ __2,200.00__

2. The source of compensation paid to me was:

   ☑ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____     /s/ Richard T. Jones  _____
*Date*                                  *Signature of Attorney*

                                        _____
                                        *Name of law firm*