# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

**Trustee's Final Report**

In Re: JOHN S. RZEPKA & LAURIE A. RZEPKA  
4354 LEGACY COURT  
STOCKTON, CA  95219  

SSN-xxx-xx-8141 & xxx-xx-9928

Case Number: 05-73111

Case filed on: 6/21/2005  
Plan Confirmed on: 9/30/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $21,060.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 009 | CHASE CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BAKER, MILLER, MARKOFF & KRANSY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LAW OFFICES OF MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MORAINE EMERGENCY PHYS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RMCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NATIONAL ACTION FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | BUCHALTER, NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN S. RZEPKA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 721.90 | 292.62 | 292.62 | 63.13 |
| 002 | AMERIQUEST MORTGAGE COMPANY | 23,752.37 | 2,025.89 | 2,025.89 | 0.00 |
| 003 | AMERIQUEST MORTGAGE COMPANY | 244,607.06 | 0.00 | 0.00 | 0.00 |
| 004 | HOME STATE BANK | 10,725.00 | 10,725.00 | 10,725.00 | 1,217.07 |
|  | Total Secured | 279,806.33 | 13,043.51 | 13,043.51 | 1,280.20 |
| 004 | HOME STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BECKET & LEE, LLP | 752.86 | 752.86 | 89.28 | 0.00 |
| 007 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 388.73 | 388.73 | 46.09 | 0.00 |
| 010 | COWLIN & COWLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-LINE LLC | 7,452.28 | 7,452.28 | 883.61 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 7,570.38 | 7,570.38 | 897.61 | 0.00 |
| 015 | FIRST EXPRESS | 565.95 | 565.95 | 67.10 | 0.00 |
| 017 | FINGERHUT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HOLIDAY NETWORK, III | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JOSEPH RZEPKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 684.21 | 684.21 | 81.12 | 0.00 |
| 024 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RICHARD J. WATERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SCHOLASTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | B-LINE LLC | 7,046.34 | 7,046.34 | 835.48 | 0.00 |
| 032 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ECAST SETTLEMENT CORPORATION | 2,855.00 | 2,855.00 | 338.51 | 0.00 |
|  | Total Unsecured | 27,315.75 | 27,315.75 | 3,238.80 | 0.00 |
|  | Grand Total: | 309,322.08 | 42,559.26 | 18,482.31 | 1,280.20 |

Total Paid Claimant:      $19,762.51  
Trustee Allowance:        $1,297.49  
Percent Paid Unsecured:        11.86

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                    By  /s/Heather M. Fagan